El Pueblo de Puerto Rico, demandante y apelado, *v.* Alberto Vidal, acusado y apelante.

No. 5989.—*Sometido:* Marzo 6, 1936. *Resuelto:* Marzo 31, 1936.

*Leopoldo Tormes García,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

La única diferencia existente entre este caso y el seguido contra el mismo acusado bajo el número 5979, es que aquí él ha elevado la prueba. Se señalan varios errores con respecto al proceder de la corte al considerar la evidencia, pero realmente no es necesario que se les discuta a no ser aludiendo a uno de ellos. Un policía ocupó la silla testifical. Varias veces empezó a declarar por referencia, pero en todas ellas la corte, o se negó a considerarla o posteriormente la eliminó.

En una parte de los autos teníamos un poco de duda respecto a si alguna de la prueba admitida no era de referencia, mas estamos convencidos de que su admisión era acumulativa o no fué claramente perjudicial, y que el acusado tuvo un juicio imparcial, especialmente en vista de la declaración del agente.

*Debe confirmarse la sentencia apelada.*

Los Jueces Asociados Señores Córdova Dávila y Travieso no intervinieron.